Case numbers 13-5122, 13-6391, and 13-6422 United States of America v. Mr. Fahra, Mr. Kayachi, and Mr. Yusuf Argument not to exceed 20 minutes for the plaintiff and 20 minutes to be shared by defendants Mr. Vincent, you again may proceed for the appellate I'd like to reserve five minutes for rebuttal The United States asserts that the District Court Heard in ruling that there were multiple conspiracies created And therefore, as the basis of multiple conspiracies First, that the District Court heard in ruling that there were multiple conspiracies created Second, that even if multiple conspiracies were created That the District Court was required under Swofford To have to grant a judgment of acquittal What did you say? That the Court also ruled that under Swofford It was required to grant a judgment of acquittal if multiple conspiracies were proved The United States, in its incorrect reading of Swofford The Court has to determine whether they were prejudiced by that additional proof If they were prejudiced, is it an acquittal or is it a retrial? The United States would submit that it shouldn't be an acquittal Regardless, there should be a retrial But in this case, the United States submits The defendants clearly were not prejudiced by it First, the United States strongly asserts that there was sufficient credit for the jury to find a single conspiracy Second, that even if there were multiple conspiracies In this case, the defendants clearly were not surrounded by any proof that the United States was at war If the Court looked at documentary number 1320-1 The District Court, prior to trial, had instructed the United States to file its exhibit list To give a summary of what the exhibits were That exhibit list is broken down to trial And the Court would compare the exhibit list and the summary of the exhibits And the proof that the United States anticipated to put forth That trial tracks 1320-1 The United States' proof tracks 1320-1 And this talks about what the witnesses would say What the United States anticipates the witnesses would say Summarizes the exhibit, if it's a grand jury testimony It goes through what that grand jury testimony was It goes through Jim's materials, what the witnesses had said And what the United States anticipated the trial to be There is no surprise about proof about J.D. 5 That's included in 1320-1 This was filed on February 6, 2012 There's absolutely no question in this case when the government writes out What the United States anticipates the proof to be And puts on that proof Now 1320-1 was at the time this was submitted The Court hadn't set it out for passes yet So it also covers the credit card file It covers the entire case For each case It's broken down by sex trafficking By sex trafficking J.D. 1 That's the first section The surprise isn't the only basis for finding prejudice, is it? I mean, if the jury heard stuff that just had nothing to do with them Then, you know, they were just bombarded with information That had very little to do with what was really going on In Tennessee, isn't that? Well, J.D. 5 was in Tennessee And was sex trafficking I know that they were convicted with respect to J.D. 2 Well, we don't know That was part of the district court's rule as well They must have discounted everything J.D. 5 said But the answer is that's not necessarily so What's the court ruling that they had to find she was under 18 For them to convict any defendants Anybody related to J.D. 5 That's an erroneous ruling That they had to find she was under 18 They could have found her through false fraud or pardon But the district court's decision didn't agree We heard this issue in that case Yes, we did Yes, we did We brought it to retrial That we thought that's what the court was going to do We said, I'm not ruling that But in the trial, he did that And we did contest that trial And we lost at the trial That's why we had to find the motion with me again Prior to the second trial He ruled every... I couldn't argue to the jury None of these defendants had anything to do with J.D. 5 But the conspiracy did Each defendant doesn't have to deal with each girl  J.D. 5, all of the evidence relating to J.D. 5 Stopped in 2006, didn't it? What did J.D. 5 do after 2006? I can't remember the issue of J.D. I would say it was later than 2006 I'm not positive, but I can't hear right now There's an incident with Mohammed Omar Where she says he hit her because he wanted her to prostitute And she didn't do it She was in... That may have been about 2006 Associated with the... At that time For some reason I won't say 2009 But that was probably about 2006 And Mohammed Omar, what's his nickname? He's no general He hasn't been to trial yet He was separated out Because the court said, oh... We're talking about a co-conspirator This was a conspiracy The court broke the conspiracy into parts The United States couldn't put on proof of the... Couldn't put on proof of the conspiracy Because of the defendants that the court selected to go to trial At that time, we had to put on the proof It was fair We couldn't put on the... There was no need to put on the entire conspiracy We didn't have the victims go through it twice The United States didn't feel that we could put on sufficient evidence But regardless In that instance It's an entire conspiracy What connects these kids in Minnesota Who are doing things with JV2 What evidence do you have Connecting them to Mojo and his brothers Other than the identity of Liza I think that's his name Okay, what connects What was going on Prior to 2006 With JV5 in Nashville What connects that With what went on with JV2 Afterwards Somewhat before and then afterwards With this group of kids in Minnesota What makes it one conspiracy? In 2001 Approximately JV5 was approached by defendants And I'll use numbers because it's just easier By defendant Juan And defendant... What are their names? Are these the brothers? I believe I've had Don Is defendant Juan Is that the little blue or something? Faduma husband ends up with Is with Defendant Juan At the apartment in 2003 When JV5 ends up in Nashville And talks about the prosecution At the apartment in 2003 She's approached by Mohamed Omar In 2003 To prostitute Laban Now And then there's the instance With Mohamed Omar where she says he hit her Now in 2003 Clearly the United States As far as what JV5 did She was 18 at that point She was in 2000 2001 I suppose she's 17 or 18 But she's clearly 18 at that point In JV2 They begin to prostitute JV2 That is in 2006 That's not As far as the proof goes That's not Mohamed Omar JV2 in 2009 Is brought to Nashville That's defendants 2009 And defendant Yasin Yusuf Who's one of the police And defendant Kajet Are two of the people that actually come to Nashville With JV2 When they're pulled over by the police with JV2 Another two Conspirators come up And that's Mohamed Omar and Haji Salad That weekend That JV2 is brought to Nashville Laban Omar Has rented the room that they were prostituting Or out in And started the prostitution up At that weekend Laban Omar had rented the room He had also followed them down over the jail calls And the action calls Laban Omar Had rented the hotel room The weekend That JV2 was brought to Nashville And started out In a set of prostitutes that weekend And left Sunday To come to Nashville Laban Omar had rented that hotel room Which hotel room? In Minnesota Later in jail calls Laban Omar calls Andrew Kajet And mentions that he was told to call And see if he's He was told to call I'm sorry That he was told to call Not Haji I couldn't go around Because they were in jail But Laban Omar was out of jail at that point He hadn't been arrested yet And he calls Andrew Kajet And says, are you ok? And Andrew Kajet says, yeah Don't worry about me That relates to the other phone calls That they were worried that Andrew Kajet Was going to talk So Then Abdu Fattah Omar Was also involved in the phone calls About trying to cover up JV2 And they talked that Laban Omar Would go talk to her family To get them to not come to Nashville To testify, because at that time There was a charge at state court For having a juvenile Under prosecution charge Because women were pulled over So there's a discussion About Laban Omar Appears at JV2's At the time According to JV2 When they're standing there Haji's father is with Laban Omar What evidence is there that any of these kids In Minnesota Had any knowledge Of what was going on With JV5 Years before They were involved Or The three defendants That were talking about being killed There would be none None that the government Could shout as to JV5 As to those three persons That they don't have to know Every act of a conspirator And that's the issue The United States met You could have a What is their knowledge that they know That anybody's doing this With any other woman What is it that makes them What connects them With any other Prostitution As far as The proof For that trial It was just Previous to JV2 and JV5 But in a conspiracy You don't have to know all the acts of the other It's not a matter of knowing the acts It's what makes it A conspiracy that is Broader than JV2 What is the evidence That they have Any knowledge of what these Three older men are doing Or that they have any Desire to be involved With any other woman Than JV2 Or that they agreed To any kind Of Enterprise That would involve something more Than JV2 Because if you're going to show A conspiracy You've got to show an agreement To accomplish the end Not just You're right, you don't have to show that they knew About every single act But you would have to show That they intended To be part of something That had Gone on a lot of times before Or that was larger than JV2 The Or the conspiracy That they Threw The Circumstantial proof They met Levon Omar, the principal Of the weekend In 2009 That JV2 brought to Nashville That these two things That they studied And it's clear from the general cons That they know each other They talk about Mohamed Omar And that he knows the fact There's a call with Mohamed Omar Levon Where he says the government knows everything They know about the sex trafficking They know everything what? That the government knows everything They know about the sex trafficking They know about the credit card fraud They know about the This is when they're in jail? Yeah, this is 2009 Because they say they know about The sex trafficking It does in the general In what? Look, Mohamed Omar It does mention The sex trafficking It does mention That they know about everything He says He says sex trafficking? Or he says I can't just remember Just I'll send us an example, your honor Because I love that part But when the court asks, is there other girls It's in number 236 237 with the transcripts Of Davidson County One was the paper, one was the transcript Of the call In that call, they talk about a little Girl that's just come out And that they're prostituting And that's a different girl than Jamie That call was In May, on May 5th Of 2009, that's a jail call That was captured Where they're talking about what's going on in Minnesota And it's Moosey That boy is talking to Omar Fat boy's in jail But Omar's out And he talks about this girl That's just come out, she's down here In Minnesota, and what's going on with her The If I can I'll get the court to Actualize The theory that It's in the Summary of the 13 Good morning, my name is John Nicolau, I represent Andrew Kiesch Four days Four days was my Client's total involvement In this case, and what the government Alleges, was time for him to Join this single Conspiracy On April 24th, 2009 Andrew Kiesch was at his friend's house At a green of ease Unbeknownst to him, Hollywood Brought a group of friends Including Hollywood's girlfriend Which is the alleged victim In this case My client, Mr. Kiesch Went to an African night party with this group He stayed in a hotel Now that's the hotel that Mr. Benson is saying is an overt Act in this case Well, her testimony was that No sex acts happened in that place Except for her and her boyfriend So this was a group of Young adults Staying in a hotel They My client had a pre-planned trip To Nashville Leaving that Sunday When he left, when Hollywood left Didn't he tell her to have sex with all of his buddies? Well, there was different testimony JV2 said That's what What Hollywood told her Syeda Haji, who was But we have to take the proof In the light of what's favorable to the government Correct, yes your honor Even taking the proof in the light of what's favorable To the government, JV2 Admitted that she had sex that day Nothing was exchanged Um Then the trip to Nashville, your honor, my client is In a car with his friends JV2 comes along because Darnell Hughes Pulls out He gets arrested on Monday morning After they leave a restaurant Because JV2's parents have Reported her as a runaway That is my client's total Involvement. The phone call that Mr. Benson is talking about It is My client calling Leibon And saying, Haji has asked me To call you. If you listen to it They don't know who each other is Leibon goes, they're trying to figure out who they are And Leibon goes, are you the Chinese kid? And my client goes Yes And then Leibon has to explain, hey I'm the one Who was at that hotel room that night They don't know each other from Adam But Haji Has asked him to call him. That's it That's all What the government has done here Is they have tried to take all these individual Acts and make it into one big Conspiracy for convenience And If you look at the various cases That talk about multiple conspiracies I can say I've been doing federal criminal Defense now for eight years I've never alleged multiple Conspiracies. This is a unique Case. Why is it a unique case? Because when we tried it, the entire Courtroom, we had to remove seats out the back Because all along this left side Was nothing but defense tables The jury got to see all These defendants paraded out there every Day hearing that This was some major conspiracy Involving all these different girls And then what does the government do? They do not produce that proof They vary from the indictment They were claiming that this involved multiple Cities with multiple girls. Who do they bring out? They bring out Jane Doe 2 and Jane Doe 5 And that is their total proof My client's four days He gets The jury gets To hear about what happened to Jane Doe 2 Two years prior When she's involved with this group number One Kamal and supposedly They're out there prostituting her To different men in an apartment Building. My client had no Knowledge of that. There was no proof In the trial that he had Any knowledge of that. He wasn't even Supposedly a gang member. He was An associate of an associate That's why Prejudice is in this case Prejudice because you cannot try Somebody in mass And it's my heartfelt Sincere belief that my Client got convicted on a conspiracy count Because this trial started March 20th Didn't get over until the beginning of May This jury heard 49 Witnesses. They heard countless Testimonies. What is the remedy? Your Honor, the remedy can be One of two things. It can be An acquittal or It can be a new trial. Some courts Have done acquittal. Some courts Have done new trials. What's the basis for An acquittal? Well, Your Honor, I would say In this case, the basis is The evidence that was presented at trial Was very, very weak As you can see from My client being acquitted of three Of the charges including two of the subsequent Accounts. The only account that the Jury returned a guilty Verdict on was this one conspiracy account I think it would be patently Unfair to put Mr. Kaichif Back in front of another jury on A charge that he should not But legally, what's The basis? You don't have The sufficient evidence Argument As far as I can see, you have not done that So what I don't understand how the acquittal Follows With regard to This, which your client was one of the guys In the car that made the match. So How were you Entitled to an acquittal rather than a new trial? Well, Your Honor, I think It is up to the district court's Discretion as far as the remedy To be applied. And the District court in this case, I think, rightfully Looked at the evidence that got presented On the case, the strength of the Government's case, and also the Inherent prejudice that happened from trying All these people in mass And decided that it was the right Remedy to do a judgment Of acquittal instead of a new trial And where's the legal basis for that? Your Honor, Kotiakos, which is the Supreme Court case The Supreme Court The court did the same thing in that where they did not Have a new trial, they just Did acquittals. There's several other cases In which Courts have Discussed in some in which they have proposed The remedy of a new trial, but there are others That have done acquittals. I think I have 44 Seconds left, and I would just Also just like to talk about The inherent Prejudice in this case, but also You know, this wasn't a case about A basic burglary. This is a case About sex trafficking Of a minor, and the testimony That this jury heard over and over Again, that was completely About acts that were unrelated to my Client. They heard about anal sex They heard about oral sex, they heard About vaginal sex again And again and again, and it's the type of testimony Where it just creates an icky feeling And that's what that jury had when they went back There, deliberated for five days And so I'd ask the court To affirm the District Court's ruling. Thank you. Your client was found Not guilty Under 1A, and guilty Under 1B. Of the Statute you're on? He was found Guilty, there was Four different counts. Count Two had to do with the venture Right, under count one, he was found Not guilty Under 1A, and then guilty under 1B. It was a bifurcated question in the I'm sorry, what happened was Because I guess, I can't remember the exact Year, but the statute changed That lowered the mens rea from Actual knowledge that the Child was under 18 to I guess a reasonable Or you should know that Was under 18, and so the Court bifurcated or put it out With actual knowledge, entered into a Conspiracy with actual knowledge, and I think Another one was entered into a conspiracy With reckless disregard Or reckless disregard of conspiracy I thought that the verdict form was Unclear on that, because it Said reckless disregard of a conspiracy Which I think was a poor Way to put it, but that's what they ended up Finding him guilty of Did I answer your question? Yes, thank you Thank you May it please the court My name is David Commissar of the National Bar I'm here representing Josiah Yusuf My primary use of the seven minutes Is going to be related to the age issue Of J.D. 2, but before I Do that, I want to remind the court That Mr. Yusuf When this conspiracy started In the year 2000 Was 11 years old He first met J.D. 2 In May Of 2007 When Mr. Yusuf was a minor There was a trip to Rochester There is The facts were Hotly disputed as to What took place in Rochester J.D. 2 Testified that she was On the stand That a car was stopped And just as a matter of Happenstance that they offered to sell her As a sex slave for A thousand dollars Nowhere in any of her Statements to the police For a period of two and a half years Did she ever say that That was One of the many things that J.D. 2 Had trouble with Severe troubles with The truth and she would just Change statements The problem with the newly discovered Evidence in this case From a government standpoint Is they maintain it was not newly discovered That Mr. Yusuf always knew that J.D. 2 was not A minor That's partially correct Mr. Yusuf Heard through the community in Two things That who she was claiming was her Stepfather was actually her biological Father And that she was Older than she claimed That's it That's what we heard on the street We brought forth an Affidavit From Mr. Yusuf's Mother where she says She overheard a conversation From a lady by the name of Ahawa Ali Ahawa Ali told her that her relative Kamala Ahmed Said those things That her real Daddy was Ibrahim Mohammed And that she's older We fought, we scrapped We did everything Possible to gather evidence Of that fact And every step of the way, your honor We were Hammered Obstructed By the government The government called our complaints Baseless, without fact They fought us from getting the A-files that we needed to make these Proofs and Finally when we, the court ordered That they produce the A-file Of the alleged Stepfather We were able to match up the address Of J.D. II's biological mother That address in the A-file With the A-file of Abraham And it turns out that Abraham lived With J.D. II's Alleged brother And Mr. Abraham's Biological sister And once we had those addresses Matched, which was on Baltimore Avenue In Pittsburgh, it became apparent That there was a lot of lying That was going on We asked for DNA testing The government fought it every Step of the way We got the DNA testing and guess What? The rumors that we heard On the street were true. He was the Biological father So the government's first position was J.D. II was born on September 10th 1994, period A year later we get A birth certificate Of J.D. II saying her birthday Was September 10th, 1994 Big problem with that birth Certificate, on the bottom it said It was issued in May of 2000 The lead Investigator of this case, Ms. Heather Weigert, never Once asked a question about that 2000 And when she was on the stand During one of the hearings, she didn't dare Take the stand at trial, said Well just because the birth certificate is false We had no reason to believe her birthday Was September 10th, 1994 So once we were able to prove That it was an impossibility for that To be her birthday, because the daddy Was in the country at a time when it would have been Impossible for human Gestation for it to happen She had to be older Then the government argued to the jury Well yeah, that's not her birthday But That only means she's five months Older than what she originally Claimed We then asked to To get DNA evidence To prove that this alleged son Of hers, which she Claimed an affidavit filed with the court A sworn affidavit, that she gave birth To him coming over a boat From Ethiopia In 1991 Got the Order for DNA, then she submits an affidavit To JP2's mother, I'm not his Birth mother So we have all these Lies about age, and where This is, and at That point, we hear from For the first time, a lady In Kenya In Nairobi, who is The actual birth mother of this Mohammed, and she Says, I was with JP2's mother, she Told me she was six and seven That the older daughter was seven, the older was Six, she took my son To fill an affidavit of her relationship At that point We start digging through additional A files, and to the government's Credit, after trial They continued, at that point To give me an A file, they didn't think The affidavit of relationship Ever existed, they claimed that It was mere conjecture, and this affidavit Of relationship would not prove This age theory, that JP2's Age was created to fit an Affidavit of relationship, they spent Ten pages On a brief Saying that it's just conjecture September 27th 2012, here's the Conjecture, here is the A file that proves The theory, so we Have documentary evidence That's new, we Have the affidavit Of Miss I can't pronounce these names And we have Another affidavit Of hers and her son, where she Talks about a relative Who was there When these children were born In Africa, and they were Seven and eight, six and seven Years old in 1996 If you have any questions, I'll answer them But I see my time's up We do not thank you Thank you Thank you My name is Jennifer Thompson And I represent Idris Bara On this matter, and Idris Bara Is innocent, he was Wrongly convicted by the jury And the district judge Did the right thing When he acquitted my client Of both charges, I have Two issues that I'm assigned To address, one is Issue two in the government's brief That Mr. Farah's Substantive count was Dismissed after The court found that there were multiple Conspiracies and not just one Conspiracy, and that Absolutely was the right thing For the district court to do Because there was So much evidence that was Put into the case that was Unrelated to Mr. Farah And he suffered prejudice When the government put on Evidence of multiple conspiracies Mr. Farah Suffered prejudice To his substantive count Because this is A story, this Jane Doe too Was a young woman who had A series of boyfriends and she was Absolutely out of control None of these People here today were her boyfriend But the government took Her information and her Words and twisted This case around so much Regardless of who lied To try to make these facts Fit, and so the government took This huge, it's Icky, a child sex trafficking Ring sounds really bad And when you get people in For a 45 day period Where a jury is hearing, yes You're going to hear about child sex trafficking This terrible ring, people are These people from Somalia have come Into our country and they're trafficking these little girls All these people were the same Age group, this is a girl Her series of boyfriends And then her But I put in my brief Just a few of the outrageous Differences that Jane Doe too had in her testimony Regarding my client And the substantive count And again, he was not Convicted of the actual count He was merely convicted of the Aiding and abetting Which already shows that to some degree The jury disregarded His mental intent to commit This crime, but because There was so much evidence about this Large conspiracy of child Sex trafficking rings that had Gone on multi-state It's clear that the jury Was unable to disregard The other facts that did not apply To my client. Then I'd like to Address the issues regarding The Brady violations The government cheated In this case And they got caught The government First of all, the district court Ordered reasonable Brady, Figlio And Jeeps discovery deadlines Because initially there were going to be 200 witnesses And three months to try The case And if the government were allowed to Slowly dole out all this Information, one, and We were in Nashville Tennessee, whereas Most all of the Events happened in Minnesota So it would have been almost impossible For the defendants To Take a break and simply go out And find witnesses or see what else Was going on. Had we been Doled out discovery Like we were. And that's why the judge Thought it was reasonable In a 30 defendant case To To Have early disclosure Of these materials. While The government complained initially And said, what's our punishment If we don't comply because we don't plan On complying They never actually said to the judge Oh, we're not complying Matter of fact, every time we Went into court, the government said Oh, we've given them everything Except for grand jury testimony We're complying. And the government Never actually came back and said, well Here's some additional things What happened was, as the Defense attorneys were going through these Things every night until late They're getting all this new information After the jury's selected After people have testified Jane Doe 2 was testifying. We're still getting Information. At night we're picking through And we say, you know, Heather Weicker in her recorded statement Interview with Jane Doe 2 Which we found from another Picking through notes. She's taking Notes because she says, wait a minute, I need to write this Down. Where are those notes? Oh, we'll get those to you. So all the different disclosures That came late were only When the defense found the Government cheating. The And it was very reasonable what the District court did, but Even if that had not Been reasonable It was an order that was set down And the government Failed to comply With it. And they Just blatantly, the government Knew or should have known That they weren't complying with all That information. And what They should have done then was Come forward themselves Or say, we're not Complying with the order. But what they Did is they waited. They were In contempt of the court's order Then when they get caught And they don't Like the punishment that they get Which was An acquittal on the counts You know, a new trial was granted For the Brady violations or the Discovery violations. Then the government Says, well, you couldn't order us to do that anyway You didn't have the authority. Well, the Time for them to have Come forward and complained about that Was well in advance Of trial. Not to present To everybody in trial That they were in compliance And then wait until they don't like the sanctions And then say, well, that was a valid order Because that's not fair play We were not treated We did not have fair and equal grounds In this matter. And That's not fair play The district court did the right Thing when it Um, granted An acquittal and then for the Brady violations granted a new Trial based on that Thank you, Capil I take it your position On the acquittal was a little different It involves family as well Yes, which this is An interlocutory appeal For all three of these defendants Mr. Perla has five Appeals. One was resolved He prevailed on the bond Issue. These are interlocutory Appeals These are not even his final appeals There's more issues to Come should the Court not uphold the district court's rule But I say that It was justified To the government Put forth A theory of their case To the grand jury They had an indictment They did not prove that indictment And therefore It was proper to be Granted an acquittal Because the government failed to prove The facts in the indictment That they put before the grand jury Thank you, Capil Answering the court's prior question About the Accusation of content Between Muhammad Omar and Laman Omar Documentary number 1320-1 There are line numbers On the far left This would be The transcript Was at Exhibit Number 254 It would be line 465 Of documentary 1320-1 My synopsis of that call Your honor states That Mojo states That page 2 of that transcript Does not like to talk over the phone States I better be quiet He tells Laman on page 3 They know that you were behind everything That was on TV Mojo states he doesn't like To talk over the phone about it Page 4 Mojo tells them They know the prostitution and stealing cars And drugs and a lot of stuff And who's talking to whom now? Defendant 24 Muhammad Omar aka Mojo Was talking to his brother Laman Omar Who's defendant number 23 In the case And that call was September 27th of 2010 In relation to Mr. Kajet's argument That he didn't do anything with JV2 Proof of the trial was that he actively Engaged in prostituting JV2 JV2 testified about that In addition There were several There wasn't just one taped call About Andrew Kajet There was the call about Laman Omar Calling Andrew Kajet But there's a conversation Mr. Kajet has with his sister Where he talks to her What happened They put her closer in my car And they're talking about what the proof is What's going on Exhibit number The transcript of that call Exhibit number 250 Which is at line 461 Document entry number 1320-1 It's synopsized up there In relation to things I think that At least in their brief When talking about discovery One of the things was the Rochester incident And the claim that they didn't know about The Rochester incident until trial That would be incorrect If the court goes to Exhibit number Document entry 1320-1 At line 240 And if the court looks There's numbers And at the government site There's eight staff numbers Where you can find the information So when we did this exhibit You could go back and look at the information At line 240 There's a synopsis of the May 2007 Rochester incident And it's noted on that Document entry A page ID number 7118 Which is line 240 You can get the line numbers off That J.D. 2 told Yosher The purpose of the trip was to rob a drug dealer Then Synopsis of the Coon Rapids report From May 7 It also reflects that J.D. 2 told Yosher The purpose of the trip was to rob A drug dealer Then we also Synopsize that J.D. 2 And it's in the government To these pages That J.D. 2 It was anticipated that she was going to testify That it was for prostitution That discovery Went out The first time January 25th of 2010 Those Rochester police reports And the court can track this But while it wasn't Part of the Record coming up If the court will indulge me For a second The court Discovery 5 The court goes to Document entry 3374 Dash 2 Page ID number 23540 Line 26 That's the discovery page Discovery That went out And that discovery went out August 29th of 2011 It notes that that was Originally produced January 25th Of 2010 We changed the original Name stamp So that August of 2011 We reissued What sent out January 25th Of 2010 But did it with consecutive numbers Instead of having a number Just for each individual witness That's the difference And there's a synopsis I'm sorry, you're saying they had it all along And they produced it And then you produced it a second time I didn't There were things I didn't get to She didn't ever testify It would be jinxes to her She would never witness at the trial So it's not even jinxes District Court Excuse me Are you saying that You didn't have to produce it Or that you did produce it And then you produced it again During the trial As to the Rochester Police reports about that She told the police That it was to commit a robbery What about the interview The interview The police report Related to the interview The interview didn't produce Long before trial The tape of the interview Was produced before JV2 testified I think that date was March 24th It was right at the time the trial started So it was not introduced It was introduced Prior to JV2's testimony In fact, defense counsel For Idris Farah Actually introduced the tape at the trial The trial cross-examined her about it It went through the tape It was not on the government's exhibit list The government didn't even try to bring up the tape At the trial But the defendant introduced it And cross-examined JV2 About it So there's no prejudice For there to be a Brady violation Wouldn't be produced or not produced In time for use at trial It wasn't exculpatory The government would submit it It wouldn't be Jinxed Because JV2 was a witness But it was produced Prior to her testimony And used by defense counsel So even if they consider it Brady Which the United States did not It was still produced And used by the defense counsel There's no prejudice here On any of the alleged discovery violations Heather Weicker's emails Would be Jinxed She never testified So it's not actually Jinxed Jinxed is a statement a witness Produced after they testified She never testified As to the other things The government's brief goes through a lot of it It breaks it down But it was all produced before The witnesses testified Another example the court used Was that we had not produced The criminal history of the witnesses But the court had ruled we didn't have to Even though the court ruled we didn't have to We did it prior to the trial It was in March, but we did it And labeled the voters by witness name So they could go through and vote It wasn't a game of gotcha by the United States The district court's opinion In what we tried to get the district court To impose a sanction for Was that it was his opinion That he could order Jinxed material To be turned over pre-trial And that's not correct under the law And that he could go beyond Rule 16 requirements And that's not correct under the law Regardless, it was turned over And turned over prior To the witnesses' testifying So not a violation of the law The court didn't find there was a violation of the law By the government The court found there was a violation of his order The United States attempted to get the court And stated that we intended to There was a hearing on it Where we asked for the court to hold To state what sanction the court said Well, you're just under continuing duty To disclose And it was the government's opinion That we couldn't appeal that Because he hadn't stated a sanction Or a violation And under pressure we needed to be able to State that there was any sanction Because we said you're under continuing duty to disclose But there you have it As to the issue of the Of the birth certificate That was turned over And why it was false It was turned over in January Of 2012 The government stipulated A trial that it was false The JV2 test The government brought out The JV2 didn't know what her actual date of birth was At the trial The Issue about The proof Pre-trial That it cited In the government's brief The defense counsel for the defendant Yusuf Told the court they had witnesses Who testified she was born in March of 2000, probably March of 1991, that they had witnesses The defense counsel For Mr. Forana stated that they Took the affidavit, they didn't want Harm on those witnesses They had that proof that they alleged That they only got it after trial They had it before trial, that's what they told the court They never produced it But they affirmatively stated they had Witnesses who knew she was Born in March of 1991 So The United States sentenced it As to Mr. Yusuf's argument about newly Discovered evidence, it's only Newly available evidence, it's not Newly discovered, they already had witnesses So they told the court that they testified About it If there are no other questions, I think I'll be quiet, because the court Has a specific issue Do you have a point to address? Apparently there are not Thank you counsel, we hope that you Will recover The court would very much Like to thank all of the defense Counsel, we know that you all apparently Appointed under the Criminal Justice Act And we are grateful for the work That the CJA lawyers do The case will be submitted